UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | SA CV 16-0142 PA (RAO) | Date: | December 29, 2016 |
| Title: | Sherri Fischbach v. Carolyn W. Colvin | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On October 13, 2016, the Court granted Plaintiff's Request for an extension of time to file a motion for summary judgment and gave Plaintiff until November 12, 2016, to file. (Dkt No. 23.) The request was Plaintiff's second such request.

To date, the Court has not received Plaintiff's motion for summary judgment. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff must show cause, in writing, on or before **January 9, 2017,** why her case should not be dismissed due to her failure to prosecute. **Failure to timely comply with this Order *will* result in a recommendation that this case be dismissed.**

**IT IS SO ORDERED.**

:
Initials of Preparer      gr