UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: SACV 16-0142 PA (RAO) | Date: November 22, 2017 |
| Title: Sherri Fischbach v. Nancy A. Berryhill | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER**

On January 28, 2016, Plaintiff Sherri Fischbach filed a Complaint seeking review of the Social Security Administration's decision denying disability benefits. Pursuant to the Court's September 19, 2017 order, Plaintiff was required to file a brief in support of her Complaint by no later than November 3, 2017. As of today, Plaintiff has not filed a her brief.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, by December 7, 2017, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff may discharge this Order by filing her brief on or before this deadline.

**Plaintiff is expressly advised that failure to timely file a brief in support of her answer in response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

**If Plaintiff does not wish to proceed with this matter, she may expedite matters by signing and returning the attached Notice of Dismissal by December 7, 2017 which will result in the voluntary dismissal of this action without prejudice.**

IT IS SO ORDERED.

| | : |
|---|---|
| Attachment | dl |
| | Initials of Preparer |