# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI FISCHBACH,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. SA CV 16-00142 PA (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED with prejudice.

DATED: July 30, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE