# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI FISCHBACH,<br><br>           Plaintiff,<br><br>       v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>           Defendant. | Case No. SA CV 16-00142-PA (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED with prejudice, and this action is dismissed.

DATE: July 30, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE